UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EARL C. MEGGISON, SR.,

    Plaintiff,

v.                                                    Case No. 6:12-cv-794-ORL-37TBS

GERALD BAILEY, individually and in his
official capacity as the Commissioner of the
Florida Department of Law Enforcement,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion to Stay Discovery (Doc. 23), in which they seek a stay of all discovery until after the Court decides Defendant's motion to dismiss. In support of the motion to stay, the parties cite <u>Chudasama v. Mazda Motor Corp.</u>, 123 F.3d 1353, 1367 (11th Cir. 1997) which provides, inter alia, that "[f]acial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should, however, be resolved before discovery begins." While counsel frequently cite <u>Chudasama</u> for this point, courts have found that what the case actually stands for is the "proposition that courts should not delay ruling on a likely meritorious motion to dismiss while undue discovery costs mount." <u>Ave Maria University v. Sebelius</u>, 2:12-cv-88-FtM-99SPC, 2012 WL 3128015 *1 (M.D. Fla.) (quoting <u>Schreiber v. Kite King's Lake, LLC</u>, 2010 WL 3909717 * 1 (M.D. Fla.), <u>Koock v. Sugar & Felsenthal, LLP</u>, 2009 WL 2579307 * 2 (M.D. Fla.); <u>In re Winn Dixie Stores, Inc.</u>, 2007 WL 1977887 * 1 (M.D.Fla.)).

When the Court is asked to stay discovery, one of the things it considers is the potential harm that a prolonged delay may have on case management and the resulting litigation expense and problems that may cause. After due consideration, the Court finds this case is amenable to a 60 day stay before the parties begin the discovery process. Accordingly, the motion is GRANTED to the extent that discovery is STAYED for 60 days from the rendition of this Order or until the ruling on Defendant's motion to dismiss, whichever occurs first. In all other respects, the motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on October 4, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel